[No. 41546-8-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES GONZALES SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01498-7, Jim Street, J., entered April 7, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41759-2-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DOLORES WYMAN SAAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00424-0, Donald D. Haley, J., entered December 9, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42314-2-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY LINELL FAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01318-2, Patricia H. Aitken, J., entered March 16, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Grosse and Webster, JJ.

[No. 42436-0-I.    Division One.    October 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY ARNOLD EASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07474-4, Richard A. Jones, J., entered April 7, 1998. *Affirmed* by unpublished per curiam opinion.